# Harry J. Graff, Appellant, v. Arlington Seating Company et al., Appellees.

Gen. No. 44,665.

opinion filed April 4, 1949; released for publication May 17, 1949. Estelle M. Wells, for appellant; Deming, Jarrett & Mulfinger and Hugo J. Thal, for appellees. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.